IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENDA L. SHAW, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 05-0365-CB-B |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the defendant's objection to the Magistrate Judge's Report and Recommendation (R&R) recommending that this matter be remanded to the Commissioner for further proceedings. (Doc. 17.) For the reasons discussed below, the objection is overruled and the Magistrate Judge's opinion is adopted.

The Magistrate Judge recommended that the decision of the Administrative Law Judge (ALJ) be overturned because it failed to address whether plaintiff met the criteria of Listing 12.05C. As noted in the R&R, "it is not clear from the decision that [the ALJ] considered Plaintiff's impairments in light of this Listing." (Doc. 16 at 10.) The Commissioner presents various arguments that do not address the Magistrate Judge's conclusion that the ALJ failed to articulate the basis for his decision.[1] The Commissioner then argues that the ALJ's discussion of certain facts in his opinion means that he considered the appropriate listing. However, as the

---

[1] For instance, the Commissioner argues that the plaintiff failed to meet her burden of proof with respect to the Listing and that the plaintiff's IQ score was not conclusive. Before those arguments can be addressed, however, the resolution of those issues by the ALJ must be clear since it is his decision that is under review.

Magistrate Judge stated, the discussion is very generalized and does not address why the ALJ rejected plaintiff's test scores which met the first criteria for presumptive disability under 12.05C. The Magistrate Judge correctly decided that the ALJ's findings were insufficient.[2]

Therefore, after due and proper consideration of those portions of the file deemed proper to the issues raised and a *de novo* review of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 13, 2006 is hereby **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 7th day of November, 2006.

*s/ Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[2]The Commissioner also objects to the Magistrate Judge's conclusion that upon remand the ALJ should clarify the plaintiff's residual function limitations. The Magistrate Judge's recommendation on this issue is also affirmed.