```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **BRENDA L. SHAW,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 05-00365-CB-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 26, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 15th day of May, **2007.**

s/Charles R. Butler, Jr.
**UNITED STATES DISTRICT JUDGE**